UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

No. 18-3084

In re: Nuverra Environmental Solutions, Inc., a/k/a Heckmann Corporation
a/k/a Rough Rider Escrow, Inc., et al.,

Debtor

David Hargreaves,

Appellant

(D. Del. No. 1-17-cv-01024)

Present: JORDAN, KRAUSE, and RESTREPO, Circuit Judges

**<u>ORDER</u>**

The opinion issued on January 6, 2021 is hereby amended as follows. On page 3 of the concurring opinion, the final sentence is amended to read: "Because I would confine equitable mootness to the narrow role envisioned by our precedents, reach the merits questions outlined above, and ultimately resolve this appeal in favor of the reorganized debtors, I concur only in the judgment."

By the Court,

<u>s/ Cheryl Ann Krause</u>

Circuit Judge

Dated:        February 2, 2021

SLC/cc:      Counsel of Record